FILED

11/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0128

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0128

_____

PAUL PHILLIP BARDOS AND MARY
L. BARDOS REVOCABLE TRUST,

      Plaintiff and Appellant,

  v.

ROBERT L. SPOKLIE.

      Defendant and Appellee.

O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Dan Wilson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 30 2022